U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 5 2018

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 6:08-CR-00009-01 |
| VERSUS | JUDGE DRELL |
| O'TERRELL BOUTTE | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Boutte's Motion for Concurrent and Coterminous Judgments (Doc. 97) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this ____ day of April, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT